UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Michael OWENS,

                Plaintiff,

       - against -

Warden Louis RIVERA, et al.,

                Defendants.
------------------------------------X



12 Civ. 8325 (ALC)(SN)

ORDER ADOPTING REPORT
AND RECOMMENDATION

**ANDREW L. CARTER, JR.**, United States District Judge:

    This matter was referred to Magistrate Judge Sarah Netburn pursuant to Orders dated December 6, 2012 and April 4, 2013. Magistrate Judge Netburn issued a Report and Recommendation ("R&R") on January 21, 2014, recommending this action, filed by pro se Plaintiff Michael Owens, be discontinued for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    Despite notification of the right to object to the R&R, no objections were filed. When no objection is made, the Court subjects the R&R to a clear error review. Arthur v. Goord, No. 06 Civ. 326 (DLC), 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection has been made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting Figueroa v. Riverbay Corp., No. 06 Civ. 5364

COPIES MAILED

1

(PAC), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). The Court's review finds no clear error.

In light of the foregoing, the Court **ADOPTS** Magistrate Judge Netburn's R&R. The Court hereby **DISMISSES** this action **WITH PREJUDICE** under Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully directed to close this case from the Court's active docket.

SO ORDERED.

Dated: New York, New York
       June  6 , 2014

_____
Andrew L. Carter, Jr.
United States District Judge